```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LOYAL-T SYSTEMS LLC,

        Plaintiff,

- against -

AMERICAN EXPRESS COMPANY, ET AL.,

        Defendants.

24-cv-7506 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The case having been transferred to this District from the District of New Jersey, the time for the defendants to answer or otherwise respond to the complaint is extended to **October 24, 2024**.

SO ORDERED.

Dated:    New York, New York
            October 3, 2024

                                                      John G. Koeltl
                                      United States District Judge