UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOYAL-T SYSTEMS LLC,

                Plaintiff(s)

        24 civ 7506 (JGK)

    -against-

AMERICAN EXPRESS COMPANY, et al.,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, November 12, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 18, 2024