```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――
LOYAL-T SYSTEMS LLC,
                                              24-cv-7506 (JGK)
                 Plaintiff,
                                              ORDER
       - against -

AMERICAN EXPRESS COMPANY, ET AL.,

                 Defendants.
―――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Wednesday, November 13, 2024, at 3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            November 4, 2024

                                                _____
                                                  John G. Koeltl
                                          United States District Judge