UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

LOYAL-T SYSTEMS LLC,

              Plaintiff,

   - against -

AMERICAN EXPRESS COMPANY, ET AL.,

             Defendants.
───────────────────────────────────

24-cv-7506 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The time for the defendants to file a motion to dismiss or otherwise respond to the Amended Complaint, ECF No. 58, is **January 15, 2025.** The time for the plaintiff to respond is **February 28, 2025.** The defendants may reply by **March 21, 2025.**

SO ORDERED.

Dated:    New York, New York
           December 19, 2024

                                    /s/ John G. Koeltl
                                John G. Koeltl
                         United States District Judge