```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

LOYAL-T SYSTEMS LLC,                24-cv-7506 (JGK)

        Plaintiff,        ORDER

  - against -

AMERICAN EXPRESS COMPANY, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss (ECF No. 61).

SO ORDERED.

Dated:  New York, New York
       March 28, 2025

                              /s/ John G. Koeltl
                              John G. Koeltl
                        United States District Judge