```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**LOYAL-T SYSTEMS LLC,**

               **Plaintiff,**

    - against -

**AMERICAN EXPRESS COMPANY, ET AL.,**

              **Defendants.**

─────────────────────────────────

**24-cv-7506 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for oral argument in connection with the defendants' motion to dismiss on **Thursday, September 11, 2025, at 11:30 a.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 19, 2025**

                                      /s/ John G. Koeltl
                                          **John G. Koeltl**
                             **United States District Judge**