UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOYAL-T SYSTEMS LLC,,

Plaintiff,

-against-

AMERICAN EXPRESS COMPANY & AMERICAN EXPRESS TRAVEL RELATED SERVICES COMP ANY INC.,

Defendants.

24 CIVIL 07506 (JGK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 6, 2026, Amex's motion to dismiss the SAC is granted with prejudice.

**Dated:** New York, New York
July 7, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**